Michael J. Trainor  
    vs.    } W. C. A. No. 1478.  
E. Turgeon

July 10, 1933.

CHURCHILL, J. Heard on motion to dismiss the petition for relief.

The motion to dismiss is granted on the ground that the said petition was filed after the expiration of two years from date of the approval of the agreement fixing compensation and after the expiration of the period for which compensation was fixed by said agreement.

For petitioner: Luigi De Pasquale.

For respondent: Henshaw, Lindemuth & Baker.